**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

AARON R. GARCIA,

        Plaintiff,

vs.

HAKKASAN GROUP,

        Defendants.

Case No. 2:20-cv-00643-GMN-DJA

**ORDER REGARDING EARLY NEUTRAL EVALUATION SESSION**

      The Early Neutral Evaluation Session has been **SCHEDULED for 10:00 AM, June 30, 2020**, in the chambers of the undersigned United States Magistrate Judge, Cam Ferenbach, located on the third floor of the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Ste. 3005, Las Vegas, Nevada.

      The Court is closely following and reinforcing the guidelines from the CDC and other relevant health authorities and is taking precautionary measures to limit the potential spread of the COVID-19 virus.  For example:

- All visitors to the courthouse will be required to maintain a social distance of at least six feet and either wash their hands or use hand sanitizer before entering the courtroom.

- Inside the courtrooms, conference rooms, chairs, tables, and microphones that have been used  will be cleaned after each Early Neutral Evaluation Session.  Counsel (parties) are encouraged to bring disinfectant wipes to clean the surfaces to their own comfort level as well.

- Early Neutral Evaluation Session attendees are encouraged to bring and wear personal protective equipment including face masks, gloves, or other protective coverings.

**If you do not feel well, contact chambers (702)464-5540 immediately to reschedule this Early Neutral Evaluation Session or make arrangements to attend it remotely.  DO NOT COME TO THE COURTHOUSE IF YOU ARE EXPERIENCING FLU-LIKE SYMPTOMS such as a cough, fever,**

**or shortness of breath, or if you have been in contact with anyone who has been recently diagnosed with a COVID-19 infection.  Refer to Temporary General Order 2020-02 for additional courthouse-access policies and procedures.**

If a party prefers to appear by video conference, the party must notify chambers (702-464-5540) of that decision by noon, **June 25, 2020**.  If a party is appearing by video conference, it is responsibility of that party to set-up and coordinate the video conference for the settlement conference and be prepared to do a test run of the video conference in the afternoon of June 25, 2020.

DATED this 23rd day of June, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE